Good morning, Your Honors. As I said, I'm Jeff Bentley, representing plaintiff and petitioner Karel Spikes. I'd like to reserve three minutes for rebuttal, if that's possible. Just keep an eye on the clock. That's fine. So I'm bringing this writ to challenge a disqualification of myself as counsel for ethical violations connected to my filing of personal lawsuits that were similar to my clients. So there are both... Karel Spikes v. USDC-CASD May I ask you, let me just jump in, because, yeah, your conduct is definitely under some scrutiny here. As I understand it, what the district court was troubled by, perhaps more than anything else, is the pattern of conduct that was, you know, revealed by the sheer number of actions in which you and your client filed lawsuits attacking the same problems with respect to the same defendant. Is it your position that you went to each of those other establishments as a customer, as opposed to in your capacity as a lawyer? Jeff Bentley v. USDC-CASD Yeah, it was my assertion that I went there as a customer to investigate potential disability access violations at those places. I don't think that the two are mutually exclusive. I think that I went there with the intent to use either the parking lot itself or the business. Karel Spikes v. USDC-CASD As a customer or to investigate the basis for your client's claim? Jeff Bentley v. USDC-CASD As both, as both, Your Honor. Karel Spikes v. USDC-CASD Why would you go to the business... I know you wanted to argue that you actually did want to get your car serviced, I guess, at the defendant in this particular case. But why would you go as a customer to all of the other businesses that were sued in these other lawsuits? That's what I don't understand. You and your client just happen to have the same taste in whatever those other establishments,  Jeff Bentley v. USDC-CASD Yes. I mean, they're just businesses in the community. I have needs to get my car serviced or utilize the business as a customer. And while I'm there investigating my client's claims, I want to use the services as well. And I was... Counsel, let me ask you this. If you had indicated in the state court complaint, I understand the federal court complaint was filed first. If you had indicated in the state court complaint that the purpose for going there was, as Judge Watford said, to investigate, you basically to do your rule 11 due diligence on behalf as a lawyer rather than a customer, would that state a viable cause of action for an ADA access claim? I would think it would, but I'm not sure. I think the more used and more recognizable ADA claim is as a customer. And I was there as a customer, so I used that as my primary claim. But eventually I would, you know, add that I was there also doing rule 11 diligence if, you know, it became an issue. But I think that... Why didn't you file the two cases in the same court? Just a variety of reasons. You know, my client is more familiar with the federal system. That's where he's filed his claims in the past and where his claims and I... You filed your claim in federal court is my question. Well, when I filed my claim in a federal court, because... Why did you file your claim in a different court from the court you filed your client's claim? I don't understand that. If you were going to basically attack the same defendant and the same practices, why wouldn't you just at least bring the cases in the same court? One issue is associated with the high frequency litigant standards that are set in California. Like my client has more claims that he brings and it's more, you know, it fits him better to be filing in federal court, whereas I don't file as many claims and it makes sense for me to file in state court and not... You're already in federal court against the same defendant for the same practices. Why would you bring your claim in a different court? I don't understand that. And my answer is one reason is that the high frequency litigant requirements are more stringent in filing in state court. And my client doesn't necessarily... What does that have to do with you? I'm talking about your personal claim that you are going to file pro se on your own behalf. It has nothing to do with any restrictions in state court. You aren't prohibited from filing in federal court, are you? No, I just chose to file in state court. Why? That's what I'm trying to get at. It seems like a scheme that has a nefarious and unethical overtone to it. That's what motivated the magistrate judge's order. And I'm trying to get you to explain to me why is that? And that's the same impression I have. Why is that incorrect? I see it as a choice that I made that was open to my client and myself. It wasn't intended to deceive, but I think I was more suited for state court and his... Why? Give me the why. And I'm telling you, the main reason is the high litigant requirements. I'm not a high frequency litigant. No, so what? Then you file in federal court. You're not getting at the why part. Yeah, I'm sorry. I don't understand the question. Okay, let me put it in these terms. You have made the decision because it suits your client's interest to file in federal court. I get that. That makes perfect sense. You're saying that he has some issues in state court and it's easier for him to file in federal court. So you file the action on his behalf in federal court. All I'm saying is that, okay, you're already in federal court for him. Why don't you file in federal court for your own claim? Because I prefer to be in state court. I think that they're better equipped to maybe deal with the issue of me being an attorney and also going there as a client under the UNRRA Act, whereas the ADA in federal court doesn't necessarily address those issues. Can I ask a question? Let me ask you this. Let me ask you this. I'm sorry. That's okay. There's the delay. Go ahead. How could you have negotiated a settlement to both cases without putting yourself in a conflict of interest situation? Sure. Yes. Soon after filing my pro se complaint, I sought representation to represent me in my personal complaint to avoid those conflicts. How would securing representation have cured the potential conflict problem if you continue to represent a client in federal court? I don't understand that. I think the conflict would arise if I was forced to testify in either case, or in my case especially. So I think having representation would prevent the conflict. I'm not sure what you're getting at. I'm sorry. You've answered the question. Okay. Counsel, I want to get to the procedural question, which is that there's a finding that's been entered here on an order. It's one thing to enter an order disqualifying counsel, but it seems to me that the representations... I'm trying to figure out why this happened. I don't think you were... I think you were not disqualified because there was a potential conflict. Is that right? Or because you were going to be a witness. Is that right? Right. And that was my main issue also, is that it was never clear. It was never clear that my decision was because of some adverse effect on the ability of the parties to obtain a fair trial. He doesn't say that. The order says that it's for dishonest, deceitful, and fraudulent conduct based on facts admitted by Mr. Bentley. That's what it says. So let me ask you this. You responded. There was an order and you filed objections. Has there been any opportunity to have a hearing where you'd have an opportunity to explain what your intent was or why you did what you did? Not at all. No. I can certainly understand why this raised eyebrows. And I'm with Judge Watford to say that there were 16 examples of this. It does look like a scheme or a practice. And it certainly raises eyebrows for me and raises questions. What I'm less certain about is why there hasn't been a hearing before this finding was made. And there's a couple of things going on here. There's the disqualification order. But I'm looking quickly. Was there a finding made of fraudulent conduct here? Yes. I thought I saw it, but now I'm not putting my finger on it. Can you tell me which page, please? In the magistrate's order disqualifying me, that's when he made the allegations of fraudulent conduct. It wasn't addressed in the original OSC that raised these allegations. I found it in the actual order. And you've jumped ahead to anticipate another question about the disconnect between the order to show cause, the reasons given there, and then the reasons that came out. So my understanding of the sequence is that both counsels submitted some kind of submissions, but under seal to prepare for resolution. And then in response to those, so you don't know what the other team told the judge. And then in response, you got an order to show cause. We've got that. We know that the judge clearly had ethical concerns and concerns that the rules of professional responsibility have been violated, although it's pretty fuzzy about why that might have been. And then you both responded. And when you responded, you exchanged those. You know what opposing counsel said at that time? Yes. Right. And then we've got this finding, but no hearing. Is that right? No hearing. Okay. And did you ask for a hearing? Yes, I did. I requested it from... Okay. Am I also correct that this was referred to the state bar? Yes. In the magistrate's order disqualifying me, he also ordered a disciplinary hearing that hasn't been set yet because of the objections and this writ. Is there any reason you would be a witness to your client's, Mr. Spikes' ADA claim in federal court? Were you there on all these 16 occasions when he had trouble accessing the premises? I was not there during his visits. No, I had just visited them. That's why I didn't believe that there would be a conflict. Having my own... Putting aside requirement number five for a writ of mandamus, I don't see how you've met any of the first four. Help me with that. Tell me what I'm missing. All right. Let's just assume you have no other means of appeal. So two, three, and four. Well, my client had his choice of counsel in this and that's who he wants to represent him. So if I'm prevented from representing him, then he will be without his choice of counsel. And I'm the one that... I know... And that's the irreparable harm on which you base your request for mandamus. Is that correct? Correct. Okay. So the next one is the district court clearly erred in its order disqualifying you. Can you just tell us succinctly what the error was? Yes. It's that they didn't base their my filings and my client's filings. There was no opportunity for me to present evidence about my intent when visiting these properties. And the judge... But you told us earlier that you made your intentions clear that you were going to both patronize these institutions and two, to see if you could learn anything that assisted you in your federal proceedings. I thought that's what you told us. Correct. All right. So I don't think that was weighed at all by either the magistrate or the district court judge in their decision to me. It seemed like they had made up the decision that this pattern was obviously nefarious and absent any other evidence for me that they wanted to punish me for it. Okay. And then the next one, of course, is a frequently repeated error. And what's your position on that? Yes. Continuing on what I said before, it seems as if other disabled attorneys who would like to file personal claims for discrimination faced during completing of their rule of diligence, that they would see the same sort of treatment from the district court judge in this situation and other judges. Have seen or would see? What are you telling us? Would see. I don't think that this issue has been addressed by other district court judges, but that is now part of the record and it's available to be cited. I think that if another disabled attorney would like to also file a personal claim that they could be prevented based on the prior case. That might be exactly the right answer if they're not going there to avail themselves of the services of the business. That's one of the points of Judge Watford's earlier question where he and I were probing that. If you had said in a very forthright matter in the state court complaint, and there's this overlap. Your original complaint in state court talks about going there to assess the compliance with the ADA, I'm summarizing. And that's something that you could do as a litigant, right? It's something that many litigants do. It's how the ADA was set up to be enforced by private enforcement action. But it is also arguably, depending on how you look at it, maybe consistent with Rule 11 and doing your homework, but also maybe less than candid if the reason you're really there is doing your Rule 11 homework and not trying to access the goods or services offered by the business. And I don't see the reason to make that distinction in the complaint itself. One reason is to be candid with the court, which if you have missed that, there's a lot of concern about candor with the court. And the other is to be concerned about whether or not you're filing a complaint in state court that misstates your genuine purpose there, particularly because it may subject those complaints to dismissal for failing to plead an element required under the ADA. I understand that. And as soon as this issue arised, I offered to file notice of related cases. And like in my complaints, I did allege that I was going there to investigate potential accessibility violations there, but not necessarily in my capacity as an attorney. And that's the problem. That's the boilerplate language that one would, as you put a high frequent litigant who's seeking to enforce the ADA, that's the boilerplate language that one would expect to see in that complaint. But in this context, it has two different meanings. And so it raises some problematic issues. Is there anything more that you wanted to say before we hear from counsel, please? Good morning, Your Honors, and may it please the court. I'd like to begin, not by summarizing the record, I think that is fairly complete, but by responding to a number of questions that were asked as to which I don't think there were necessarily forthcoming and complete responses. The Ninth Circuit had previously certified to the California Supreme Court in the context of a website that one might respond as a defendant to a claim regarding access that had been denied on an impermissible constitutionally suspect ground. The Supreme Court in its decision stating that it was sufficient to allege a discriminatory basis, an impermissible discriminatory basis, said, however, in a saving note and a footnote to defendants, but that doesn't stop you from demonstrating either for purposes of summary judgment or a trial, that the plaintiff did not have an intent to be a bona fide patron. While white versus square related to websites, it's applicable here, where also in response to one of the questions that was earlier posed, the question was, why did you go there? And why did you file in state court? The answer, counsel, my question is, why would an appellate court be asked as we are here to make those kinds of findings of fact? Why are we doing this? I'm not sure why we're having this conversation on appeal. It's not about this court being asked to make a finding of fact. In fact, the magistrate judge in his recommended ruling and the district judge affirmed the number of factual findings that I think are dispositive of the matter. But there's a fraud. There's a fraud here without this person having had an opportunity to explain. And in this context, as I explained, if I could just give you, I'll just tee this up and get out of your way, but the allegation in his state court complaint is boilerplate language that one would expect to see for if someone were indeed testing the ADA and trying to seek its enforcement, right? And in this particular context, it can take on a very different meaning. And I'm not trying to take sides here, but it does strike me as unusual that there'd be a finding of fraud before individuals had an opportunity to come in and explain that. And particularly because the allegations or the request in order to show cause are really, it really doesn't give the signal to this issue at all. I think that's because your team, defense, was able to come in, both parties were in some of these confidential filings. So the court had information, but the plaintiff's lawyer didn't have that. And so this strikes me, and I've got a lot of, I've done an awful lot of tracing of the record. It does strike me as something that may have come out of the blue. It didn't necessarily come out of the blue. In fact, it did not come out of the blue to explain. The argument was that he was going to be a witness, that he should be disqualified because he'd have to be a witness. That's plainly not the case. In fact, it is. But let's go back to the question of whether or not there was an opportunity to be heard. In fact, the issue of the fraud isn't what is specifically contained within the state complaint. Rather, it was in response to the magistrate judge's order to show cause that counsel there, and here the arguing party, stated that he might have a dual purpose and he had other reasons. And even in today's argument, what we heard was much in the disjunct of, well, I might have gone there to be a customer, but I might have gone there also to inspect, and I would be a customer as to the parking lot. The defendant was not selling space in a parking lot. And it was that misrepresentation to the magistrate judge in the course of responding to the order to show cause that heightened the concerns regarding the misrepresentations that were made to the court. The court was not simply relying upon the, so to speak, vulgar plain language that was in the complaint, in the state complaint, but rather getting to the very heart of a number of questions that have been raised today. For instance, why would somebody file a separate complaint in state court? And the reasons are many precisely as to why you wouldn't do that. You wouldn't do that one because of the high-frequency obligation. The other is a fundamental distinction between federal treatment of disability access cases and state treatment. Counsel, I've got experience on the bench in state and federal court, and I'm sure you practice in front of both, and people have all kinds of reasons for filing in each. And my only point is there may have been an explanation, and I'm just questioning why he wasn't given an opportunity to be heard on that point. If I may, Your Honor, he was given an opportunity on that point. He was given an opportunity twice. The issue was fairly raised in the order to show cause issued by the magistrate. Can you tell me what page I should be looking at on that order to show cause, please? What have I missed? Yes, the order to show cause rate disqualification, which is identified as Exhibit 1. I've got the one right here. If you just tell me what page you want me to look at. I've read it many times. Forgive me, it's overprinted. Page 34 of 133, which is page 5 of the order. The court is concerned about Mr. Bentley's conduct in representing Mr. Spikes for the same violations, identical prejudicial. So the magistrate didn't narrow the issue, but rather gave him an opportunity, having described essentially the 15 pairs of lawsuits, that is, those other than the ones that were directly at issue in the case itself. So Mr. Bentley was not constrained in explaining why he had filed, not just filed separately in state court, but why this had never been disclosed. Today he says, well, I was going to have given an opportunity to explain, I would have filed notice of related cases. But in none of the cases did he file a notice of related cases. This gets really to the question of why then, in answer to the question, somebody files in state court. There are a number of reasons why somebody might say that they would. But state law doesn't allow for tester status. One has to intend to be a bona fide patron. You're not suggesting that a credibility determination was made, or that we should make one. You don't mean that. No, I'm not suggesting that. What is the point of the emphasis in your last sentence, please? I want to make sure I'm following you. The point of it was that counsel for Mr. Spence, Mr. Bentley did not, in response to the magistrate's order, or in response to the further order to brief, when the matter was then addressed to the district court, explain why he would have filed. That was the whole point, is that everything was always stated. I might have wanted to be a needed to go to do in each one of his explanations didn't give a reason why he would be in state court, other than to conceal from the federal court the fact that not once, twice, or 13, but 16 times these had been filed separately. The district court was concerned about the representations that were made in response to the orders to show cause and the requirement for those misrepresentations. And the representations that have been made today demonstrate still an inability on his part to identify the story. I mean, this is the problem, is months ago, months ago, he was asked to explain to a magistrate judge why there were these two lawsuits. And while we never got to an answer other than one filled with and ors, the point is that it would have made no sense. It would have made no sense because of the standard for adjudication of the state claim, and merely making the statement, well, I was going to check it out because of my client in federal court, would not have satisfied the state requirements, although it might have been federal court. That would have made more sense for him to be in federal court. Secondly, the likelihood of different outcomes, a federal judge ordering one kind of injunctive relief, a state court ordering another, well, that certainly wouldn't have argued in favor of filing in two courts. The only thing, ultimately, and what struck both of the judges was that the only reason that somebody would file 15 sets of cases in two different courts was to avoid what they had an obligation to do on day one in the first case filed, which was to file a notice of related cases. Where does the judge say that? The judge doesn't say it. Mr. Bentley has said it today. You just made a statement attributing intent to two different judges, and I'm trying to figure out if I've missed an order, or where did you get that? Is that your inference? My inference was that had he thought filing the two cases in state and federal court, ordinarily, where you have related parties, related property, here precisely the same party, and they're related because one of them is acting not as an attorney solely, but as an agent of the plaintiff in the first case, in the federal case. So he's going to the property again, as he says, to perform my duties in furtherance of my obligations to my client who's filed a federal case. There's no reason on earth why he wouldn't have filed a notice of related cases. Months later, during an E&E, during the confidential briefing of the E&E, where the court then, the magistrate judge, learns of the fact that there's another case, for the first time, then causes him to issue the order to show cause. In response to that, he gets an entirely unsatisfactory answer as to many of the questions that were raised today. Why did you file in two courts? Why are we finding out about this now? The explanations that have been given today, to my mind, suggest the same degree of candor that the magistrate judge and the district judge were faced with to answer a number of questions that have been raised, but that don't change the concerns of fraudulent misstatements. That's a really strong word. Has this individual ever been asked why he didn't file a notice of related cases? I don't know the answer to that question. Did I miss it? No. He was never asked why he didn't file a notice of related cases. The questions raised in the magistrate's order and in the briefing was why the court didn't find out about it until the OSC. That goes to the question of the concealment. The concealment was always the issue. It was the issue raised before the magistrate judge. It was the issue raised before the district judge. For whatever reason, there was deliberation. There was decision-making going on in filing one in federal court, one in state court, more than 15 times. The statement that, but now I'm represented by a separate attorney, doesn't address what they did a year ago. It doesn't address what they did two years ago. The reality is that whatever Mr. Bateley thinks that he could cure, it can't be cured by going back because he will face the same issues. One, there are the misrepresentations of fact that were made. Boilerplate language in a complaint only goes so far. It goes to the fundamental nature of standing. Had he filed this case in federal court on the same claims, precisely the same language, and by the way, we know it's precisely the same language because it was copied between the two complaints, then the assertion would have been made throughout the course of litigating Mr. Bateley's claim in federal court that he intended to be a bona fide patron. His words, that I was invited to the property, when in fact he wasn't. And that was the statement that he makes in his briefing to the district judge. Well, even if I didn't intend to be a customer, that's a powerful beginning of a statement because it denies a basis for invoking the jurisdiction of the state court. It fundamentally alters what was the nature of the complaint and it explains quite frankly to a degree that satisfied two judges in the San Diego, in the district court, that there had been misrepresentations made. We think that the court's decisions were well reasoned. We think they're complete. We don't believe that providing an opportunity for another hearing would alter the fact. I mean, this is very much the case of somebody having been given an opportunity without constraint to explain himself, has chosen very briefly that he submitted and the story upon which he would rest. It was this that concerned the court. And simply asking for a mulligan, a do-over, doesn't change what he did, doesn't change the concerns that the court has, and that I think were correctly captured in both of the orders. Thank you, counsel. Mr. Bentley, would you like to be heard? Yeah, sorry, I'm muting myself. I'm just kind of bewildered at the, you know, allegations of concealment. I mean, these 15 cases, many of them had hearings before magistrates where it was known that both of these cases were filed and my involvement in both of them. And in no other case was this issue brought up as something that was, you know, unethical or a violation. And, you know, my right to be at these places as an invitee, I think, is clearly in the case law, right? I cited to these cases Raycraft v. Lee and Ruiz v. Musselwood, where an invitee to these places, to a business open to the public, is broadly construed as, in opposition to what Mr. Abraham is saying, as, like, I wasn't personally invited by the business to be there. That's not the issue for an invitee to a business. And I think I clearly have standing in my state court case as an invitee and as a bona fide customer. I certainly had the intent to use these businesses. Many of them I did use when I was able to access them, right? Some I was able to get out of my van and I couldn't access them. But I had no intent to deceive the court about my involvement in these two cases. And I wasn't given an opportunity to explain this by the magistrate or the district court judge. Like, in the OSC told me, hey, these are 15 times that you filed these cases. We think there's something going on that may be prejudicial to the administration of justice. You can tell us in five pages why you don't think that's true. And I answered it to the best of my ability. And I gave reasons that satisfied what they asked. And then in their response, qualifying me, they raised new issues concerning fraud that didn't, came out of nowhere. I had no chance to respond to and didn't apply to my situation. I didn't fraudulently do anything. I, this is to try over time. Counselor, you're way over time. Please wrap up. Okay, that's it. That's, I think, I think I made my point. Thank you for the opportunity to share on this, Your Honor. All right, we'll take the case under advisement. And I want to thank both counsel for your very helpful arguments. We're going to stand in recess for today. Thank you.
judges: Parker, Christen, Watford